

Alan E. Sash
(646) 278-4298
asash@mclaughlinstern.com

May 4, 2012

The Honorable Michael A. Shipp
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

Re:   *Sabol v. Hydroxatone*, *LLC*, No. 2:11-cv-04586-SRC-MAS

Dear Magistrate Judge Shipp:

Pursuant to the Court's Pretrial Scheduling Order, dated December 2, 2011 (the "Order"), the parties and their counsel are required to attend a status/settlement conference on May 31, 2012.  The named plaintiffs ("Plaintiffs") in this class action, Susan Sabol and Valerie Done, respectfully request to be excused from appearing in person at the May 31st conference.  Good cause exists for Plaintiffs' request.  Should they be required to attend the hearing, Ms. Sabol and Ms. Done would have to travel from Montana and Utah, respectively, and stay over-night in a hotel on May 30th.

Because this is a class action, the expenses associated with Plaintiffs' travel could eventually detract from any award to the class.  Further, Plaintiffs need not be present in order for counsel to represent their interests, and the interests of the proposed class, both with respect to the status of the case and any potential

The Honorable Michael A. Shipp
May 4, 2012
Page 2

settlement at this relatively early stage of litigation.  If deemed necessary, the Plaintiffs will be available by telephone throughout the conference.  Thus, Plaintiffs ask to be excused from attending the status/settlement conference scheduled for May 31, 2012.

Counsel for Plaintiffs has conferred with Defendants and they do not object to Plaintiffs' request.

Respectfully Submitted,

____/s/ Alan E. Sash_____
Alan E. Sash
Lee S. Shalov
McLAUGHLIN & STERN LLP
260 Madison Ave.
New York, NY 10016
Tel:  (646) 278-4298
Fax:  (212) 448-0066

Andrew N. Friedman
Whitney R. Case
Stefanie M. Ramirez
COHEN  MILSTEIN  SELLERS  &  TOLL PLLC
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

The Honorable Michael A. Shipp
May 4, 2012
Page 3

Angela Edwards
LAW OFFICE OF ANGELA EDWARDS
72 Canterbury Circle
East Longmeadow, MA 01028
Tel: (413) 525-3820

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true copy of the foregoing letter and attached proposed form of Order were served via ECF on the following:

Michael Lynch
Lauri Mazzuchetti
Ilona Korzha
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, NJ 07054

Dated May 4, 2012                    ___/s/ Alan E. Sash_____
                                     Alan E. Sash