Alan E. Sash
McLAUGHLIN & STERN LLP
260 Madison Ave.
New York, NY 10016
(646) 278-4298
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| SUSAN SABOL, VALERIE DONE, and KATHLEEN KLODNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> HYDROXATONE, LLC and ATLANTIC COAST MEDIA GROUP <br> Defendants. | CIVIL ACTION NO. 2:11-cv-04586-SRC-MAS <br><br> STIPULATION TO FILE SECOND AMENDED COMPLAINT |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED** upon by and between Kelley Drye and Warren LLP, attorneys for defendants Hydroxatone, LLC and Atlantic Coast Media Group (collectively "Defendants"), and Cohen Milstein Sellers & Toll PPLC, attorneys for plaintiffs, Susan Sabol, Valerie Done and Kathleen Klodner (collectively "Plaintiffs"), that, pursuant to Fed. R. Civ. P. 15(a)(2), Defendants consent to Plaintiffs filing the Second Amended Complaint, attached hereto as Exhibit A, on February 7, 2013.

1336553.2 2
1336553.3

| | |
|---|---|
| McLaughlin & Stern LLP<br>Attorneys for Plaintiffs | Kelley Drye and Warren LLP<br>Attorneys for Defendants |
| By: /s/ Alan E. Sash<br>     Alan E. Sash | By: /s/ Lauri Mazzuchetti<br>     Lauri Mazuchetti |
| Dated: February 7, 2013 | Dated: February 7, 2013 |

**SO ORDERED**

*s/Kevin McNulty*
Kevin McNulty, U.S.D.J.
Date: 2/8/13

1336553.2 2
1336553.3