# Ex. B

Lee S. Shalov is a partner and member of McLaughlin Stern LLP's Litigation and Financial Services Department. He concentrates his practice in complex commercial litigation with an emphasis on prosecuting and defending securities class actions, consumer class actions, wage and hour class actions and mutual and hedge fund actions. Mr. Shalov has litigated cases throughout the country and represented companies and hedge funds located in the United States, England, Germany, and China. He also has substantial trial experience, having conducted multi-week jury and non-jury trials in Federal and State Court.

Some of Mr. Shalov's representative engagements include the following:

- Trial counsel in *In re: Globalstar Securities Litig.*, which settled for $20 million after Plaintiffs rested their case. In commenting on the efforts of Plaintiffs' trial team, the Honorable Kevin P. Castel observed that Mr. Shalov and his colleagues "have all done a terrific job in presenting the case for the plaintiffs."

- Represented investors *In re Dreyfus Aggressive Growth Mutual Fund Litig.*, which resulted in an $18.5 million recovery on behalf of investors in the Dreyfus Aggressive Growth Fund.

- Lead trial counsel for Audiovox Corporation in *Audiovox Corp. v. Benyamini*, which resulted in plaintiffs' jury verdict in connection with the enforcement of corporate guaranty.

- Co-lead counsel in *Baan Company Sec. Litig.*, a securities fraud class action that resulted in a $32.5 million recovery for the class.

- Representing a China-based company and its senior executives in a securities fraud class action.

- Co-lead counsel in *Baird v. Thomson Consumer Electronics*, a consumer class action that made available $100 million in cash and other benefits to purchasers of defective products.

- Lead trial counsel in a derivative action against Wayne Huizenga and other directors of Florida Panthers Holdings, Inc.