# Ex. C



72 Canterbury Circle, East Longmeadow, MA 01028
TEL: (413) 525-3820
CELL: (413) 214-8870
angelaedwards@charter.net



Angela Edwards is a highly successful plaintiffs' consumer class action attorney and, since 1999, has obtained $150,000,000 in cash and benefits for plaintiffs and class members nationwide.

## CURRENT POSITIONS
Owner
Law Office of Angela Edwards, East Longmeadow, MA 01028
June 1999-Present

## LAW CAREER
**Law Career Highlights**

Attorney (Trombly) Edwards, member of the national *Million-Dollar Advocates Forum*, has served as Plaintiffs' co- counsel in national insurance class action cases, including the following "vanishing premium" life insurance cases:

*Duke, et al v. Reliastar Life Insurance Company, et al.*
Hennepin County, Minnesota District Court, Fourth Judicial District, CT 99-8254,
$10 million settlement approved in 2004

*Duckworth, et al. v. Country Life Insurance Company, et al.*
Cook County, Illinois Circuit Court, Chancery Division, Index No. 98 CH 01046,
$44 million settlement approved in 2000

*Snyder v. Nationwide Mutual Insurance Co. et al*
Supreme Court of the State of New York, Index No.-0633/RJI No. 33-97-0494,
$100 million valuation settlement approved in December 1998

In approving the settlement, the Honorable James C. Tormey III stated to Attorney (Trombly) Edwards and her co-counsel:

> "I compliment you . . . not only the manner in which you arrived at this result today, but the time. . . in which it was done.  And I think you all did a very, very good job for all the people.  You made attorneys look good.  I thank you very much.  It was nice working with you. . . ."

**Consumer Class Action Litigation Experience**

Attorney Edwards has extensive leadership experience in national insurance class action cases. In conjunction with her co-counsel, Attorney Edwards negotiated directly with lead defense counsel, Leboeuf, Lamb, Greene and MacRae in New York, creating a complex settlement agreement and claim review process. In *Snyder, et al v. Nationwide Insurance,*  Attorney Edwards was instrumental in obtaining the landmark settlement valued at $100 million.

As the lead Plaintiffs' attorney responsible for communications with the named Plaintiffs in all of the "vanishing premium" life insurance cases, Attorney Edwards was also the primary attorney in the pre-filing, due diligence phase of these cases, in contacting, networking with and obtaining affidavits and critical documents from former employees and agents, which played a key role in settlement. Additionally, Attorney Edwards supervised attorneys in discovery, document production, review, and analysis, as well as during the claim review process post-settlement.