Ex. I

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

--------------------------------- X

SUSAN SABOL, VALERIE DONE, and :    CIVIL ACTION NO.
KATHLEEN KLODNER on behalf of       2:11-cv-04586-KM-MAH
themselves and all others similarly
situated,                   :     **DECLARATION OF JILL**

                   Plaintiffs,   :     **FUKUNAGA RE:**
                                         **DISSEMINATION OF NOTICE**

   -against-                   :

HYDROXATONE LLC and         :
ATLANTIC COAST MEDIA
GROUP LLC,                   :

             Defendants.   :

--------------------------------- X

<u>DECLARATION OF JILL FUKUNAGA RE: DISSEMINATION OF NOTICE</u>

     1.     I am an Assistant Director by Gilardi & Co., LLC ("Gilardi"), located

at 3301 Kerner Blvd., San Rafael, California.  Gilardi was appointed as the

Settlement Administrator in this matter and is not a party to this action.  I have

overseen and continue to oversee all aspects of notice and claims administration

with regard to this case.  I have personal knowledge of the facts set forth herein

and, if called as a witness, could and would testify competently thereto.

1

2. On or about February 15, 2013, pursuant to the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), Gilardi served notice of the settlement, via Certified Mail, upon the United States Attorney General and the attorneys general of all 50 states. The notice of the settlement contained a cover letter and a CD that included all of the applicable case documents. Delivery to all recipients has been confirmed.

3. On or about April 9, 2013, Gilardi received, via secured file transfer protocol (FTP) site, a file containing the names, mailing addresses, and (if available) e-mail addresses of all possible class members in this matter. Gilardi formatted the list for mailing purposes, removed duplicate records, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS"). The resulting list contained data for approximately 2,555,443 class members.

4. Per the terms of the settlement, Gilardi was to send summary notice via e-mail ("E-mail Notice") to all class members for whom Defendant provided valid e-mail addresses. The remainder of the class would be sent a summary notice postcard ("Postcard Notice") via regular first-class mail. For any e-mails that were not delivered (i.e., bounced back), Gilardi would send Postcard Notices to those class members.

5. Commencing on April 26, 2013, Gilardi caused the Postcard Notices

2

to be printed and mailed to 1,456,594 class members. A true and correct copy of the Postcard Notice is attached as Exhibit A.

6.     On April 26, 2013, Gilardi caused the E-Mail Notice to be sent via e-mail, through its third-party vendor, to 1,098,849 class members for whom e-mail addresses were made available. A true and correct copy of the text of the E-Mail Notice is attached as Exhibit B.

7.     On April 26, 2013, Gilardi issued a press release to PR Newswire entitled "Cohen Milstein Sellers & Toll PLLC Announces Proposed Settlement of Class Action." A true and correct copy of the press release is attached as Exhibit C.

8.     On or about April 26, 2013, Gilardi activated a toll-free telephone number (888-267-3071) that class members can call to listen to recorded information regarding the settlement, request that a notice and claim form be sent to them, or speak to a live operator. English and Spanish-speaking operators are available from 7:00 a.m. to 5:00 p.m., Pacific Time.

9.     On or about April 26, 2013, Gilardi activated a case website, www.hydroxatonesettlement.com, through which class members can read information about the settlement in both English and Spanish, review and download case-related documents, obtain answers to frequently asked questions, and file claims electronically. Class members who received either a Postcard

3

Notice or E-mail Notice can file claims online by logging on to the website using their assigned unique Claim ID and PIN.

10.   As of May 30, 2013, approximately 18,936 claims were filed electronically through the website.  In addition, Gilardi has received 577 paper claims through regular mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May, 2013 at San Rafael, California.

JILL FUKUNAGA

4